# Exhibit D

FROM THE OFFICE OF THE
FAMILY AND CONSUMER LAW CENTER
WWW.RICONSUMERLAW.COM
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.
ATTORNEYS & COUNSELORS AT LAW

May 18, 2006

Ameriquest Mortgage Company
1600 S. Douglas Road
Anaheim, CA 92806

Re: **Notice of Rescission by Alfred E. Davis, 22 Harding Street, Pawtucket, RI 02861, Loan Number: 0086813888, Closing Date:07/20/2004.**

To Whom It May Concern:

I represent Alfred E. Davis concerning the mortgage loan transaction he entered into with Ameriquest Mortgage Corporation on July 20, 2004. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. Davis was given incomplete and therefore inaccurate notices of his right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Corporation on the Davis' property located at 22 Harding Street, Pawtucket, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Alfred E. Davis,**
**By his Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

cc: Alfred E. Davis