**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ALFRED E. DAVIS** | : | |
| **Plaintiff,** | : | **C.A. 06-278-ML** |
| | : | |
| **VS.** | : | |
| | : | |
| **AMERIQUEST MORTGAGE** | : | |
| **COMPANY** | : | |
| **Defendant** | : | |

**PLAINTIFF'S ANSWER TO THE DEFENDANT'S COUNTERCLAIM**

Plaintiff Alfred E. Davis ("Plaintiff") by and through his attorney, Christopher M. Lefebvre, hereby answer the Defendant's Counterclaim to the Plaintiff's Complaint filed by the Defendant Ameriquest Mortgage Company ("Defendant"), and states:

1. Plaintiff admits the allegations set forth in paragraphs 1, 2, 3, 5,8 and 9 of the Defendant's Counterclaim.

2. Plaintiff admits the first sentence of the allegations set forth in paragraph 4 and denies the remaining of the paragraph.

3. Plaintiff denies the allegations set forth in paragraphs 6 and 10 of the Defendant's Counterclaim.

4. The remainder of the Defendant's Counterclaim is a prayer for relief to which the Plaintiff is not required to respond. To the extent that a further response may be required, Plaintiff prays that the Defendant's Counterclaim be dismissed with prejudice and that the Court enters a judgment in Plaintiff favor on all counts of the Complaint, that Plaintiff be awarded the

cost and expenses including attorney's fees, and for such other relief as the Court deems proper.

WHEREFORE, Plaintiff prays that the Court dismiss the Defendant's Ameriquest Mortgage Company Counterclaim requesting Declaratory Relief.

Respectfully submitted,

/s/Christopher M. Lefebvre

Claude Lefebvre, Christopher Lefebvre P.C.
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
Bar # 4019
Lefeblaw@aol.com

**CERTIFICATION**

I hereby certify that on September 14, 2006, I electronically filed the Plaintiff' s Answer to the Defendant' s Counterclaim with the District Court of Rhode Island using the CM/ECF System. The following participants have received notice electronically: Steven E. Snow and R. Bruce Allensworth; and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the document and a copy of the Notice of Electronic Filing to the following non CM/ECF participants: None

/s/Sarita Sasa