RECEIVED

SEP 28 2006

Property of U.S. District Court
District of Rhode Island

David A. DiMarzio
Clerk of Court

***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

Gail E. Daniel
Chief Deputy

September 18, 2006

Michael W. Dobbins, Clerk
United States District Court
District of Northern Illinois
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

6cv4725

RECEIVED

SEP 22 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: Alfred E. Davis v. Ameriquest Mortgage Company
USDC - RI #CA 06-278ML
MDL - #06-4725

Dear Mr. Dobbins:

Pursuant to the Conditional Transfer Order, enclosed please find the original pleadings and a certified copy of the docket relative to the above-captioned case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter. If you have any questions please do not hesitate to contact me. Thank you for your assistance.

Very truly yours,

David A. DiMarzio, Clerk

By: *Barbara Barletta*
Barbara L. Barletta
Deputy Clerk
(401) 752-7204